FILED
U.S. DISTRICT COURT

2007 JUL -6 P 3: 15

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| IN RE: DIGITAL MILLENNIUM COPYRIGHT ACT SUBPOENA TO BLUEHOST, INC. | ORDER OF RECUSAL<br><br>Case No. 2:07mc452 |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 6th day of July, 2007.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

```
Case: 2:07mc00452
Assigned To : Stewart, Ted
Assign. Date : 7/6/2007
Description: Axact v. Respondent
```